IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ALAN CAMPO,

     Plaintiff,                No. 2:11-cv-01028 KJN

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.            ORDER
_____/

        On November 16, 2011, plaintiff filed a Stipulation for Entry of Dismissal, which is signed by all of the parties and seeks the dismissal of this case in its entirety with each party to bear his own costs and attorney's fees incurred to date (Dkt. No. 15).  The undersigned construes this stipulation as being filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

        Although the parties' stipulation of dismissal was effective upon filing and without a court order pursuant to Rule 41(a)(1)(A)(ii),[1] for the sake of clarity IT IS HEREBY ORDERED that:

        1.     Pursuant to the parties' Stipulation for Entry of Dismissal, this case is

---

[1] See also Eitel v. McCool, 782 F.2d 1470, 1473 n.4 (9th Cir. 1986); cf. United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145-46 (9th Cir. 2008) (addressing the self-executing nature of dismissals under Rule 41(a)(1)(A)(i)).

1 | dismissed.
2 |     2.    Each party shall bear his own costs and attorney's fees.
3 |     3.    The order to show cause entered on November 15, 2011 (Dkt. No. 14), is
4 |           discharged.
5 |     4.    The Clerk of Court is directed to close this case and vacate all dates.
6 |     IT IS SO ORDERED.
7 | DATED: November 16, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE